# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BEAVERS, | CASE NO. 8:17-cv-00100-JVS-KES |
| Plaintiff, | *[Assigned to Judge James V. Selna, Courtroom 10C]* |
| vs. | |
| | **JUDGMENT IN FAVOR OF** |
| COUNTY OF ORANGE, OCSD | **DEFENDANTS** |
| DEPUTY MADERES, OCSD | |
| DEPUTY EDGERTON, OCSD | |
| DEPUTY COKER, and DOES 1 | |
| through 10, Inclusive, | |
| | |
| Defendants. | **Complaint Filed:   01/22/2017** |
| | **Trial Date:          11/08/2022** |

On May 31, 2018, this Court entered an Order (Dkt. #86) granting (1) Defendant County of Orange's Motion for Summary Judgment as to Plaintiff Gary Beavers' Second Claim for Municipal Liability against the County under Title 42, United States Code, section 1983 ("Section 1983"); and (2) Defendant Deputy Kenneth Kocher's (erroneously sued as "DEPUTY COKER") Motion for Partial Summary Judgment as to Plaintiff's First Claim for Violation of Civil Rights Causing Injury – Failure to Protect against Deputy Kocher under Section 1983.

On November 8, 2022, this matter came on regularly for trial in Courtroom 10C

20533

COLLINS + COLLINS LLP

of the United States District Court, Central District of California, the Honorable James V. Selna presiding.  Plaintiff appeared by and through his attorney of record, Robert S. Brown, and Defendants appeared by and through their attorneys of record, Michael L. Wroniak and James Jardin of Collins + Collins, LLP.  The matter was bifurcated for trial with respect to the amount of punitive damages.  On November 15, 2022, the jury returned a Phase 1 Verdict in favor of the remaining Defendants Deputy Kenneth Kocher, Deputy Patrick Medeiros and Deputy James Edgerton, respectively, finding that they did not violate Plaintiff's civil rights.

Now, therefore, Plaintiff's claims having been adjudicated in favor of the Defendants,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Gary Beavers shall take nothing from Defendants COUNTY OF ORANGE, DEPUTY KENNETH KOCHER, DEPUTY PATRICK MEDEIROS and DEPUTY JAMES EDGERTON on his First Amended Complaint, and that Judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED: November 29, 2022

_____
JAMES V. SELNA
United States District Judge

Approved as to form:

/s/

_____
Robert S. Brown, Attorney for Plaintiff

*20533*

2

JUDGMENT IN FAVOR OF DEFENDANTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*20533*

JUDGMENT IN FAVOR OF DEFENDANTS

COLLINS + COLLINS LLP